| | |
|---|---|
| **WENDY COLBERT** | **CIVIL ACTION NO: 2:24-CV-00214-DCJ-TPL** |
| **VERSUS** | **JUDGE: DAVID C. JOSEPH** |
| **KATY INDEPENDENT SCHOOL DISTRICT AND MEGAN KOEHN** | **MAGISTRATE JUDGE: THOMAS P. LEBLANC** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT NOTICE OF SETTLEMENT AND 60 DAY CLOSING ORDER

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, WENDY COLBERT, and defendants, KATY INDEPENDENT SCHOOL DISTRICT and MEGAN KOEHN, who formally notify this Honorable Court that the parties mediated this matter on December 11, 2025, and reached a settlement agreement settling any and all claims of plaintiff, WENDY COLBERT. As such, the parties desire that the Honorable Court issue a conditional order of dismissal, dismissing this case in its entirety, allowing for reinstatement of this matter if the settlement is not consummated within sixty (60) days of the date hereof.

Respectfully Submitted:
**GORDON MCKERNAN INJURY ATTORNEYS**

*/s/ Tucker W. Nims*
**TUCKER W. NIMS (37821)**
Attorney for WENDY COLBERT
2505 Verot School Road
Lafayette, LA 70508
Phone:     (337) 735-8009
Facsimile: (337) 704-2805
Tucker@getgordon.com

and

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ E. Bridget Wheeler*
**E. BRIDGET WHEELER (37546)**
**THOMAS J. CORTAZZO (18174)**

168742095.1

Counsel for Defendants  
400 Poydras Street, Suite 1300  
New Orleans, LA 70130  
Tel: (504) 322-4100  
Fax: (504) 754-7569  
Bridget.Wheeler@lewisbrisbois.com  
Tom.Coratazzo@lewisbrisbois.com  

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record. Lafayette, Louisiana, on this 18th day of December 2025.

                                          */s/ Tucker W. Nims*  
                                          TUCKER W. NIMS

168742095.1